JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWEN A. DIEBOLD,<br>　　　　Plaintiff,<br>　v.<br>NANCY A. BERRYHILL, Acting Commissioner Of Social Security,<br>　　　　Defendant. | NO. CV 18-3551-MWF (KS)<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 21, 2018

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE